U.S. District Court
131 East 4th St. Suite 150
Davenport. IA. 52801

Page 1 of 6

9-18-2022

Civil Complaint

Plaintiff Jury
Demand yes!

RECEIVED

SEP 2 2 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Michael Lucifer yendragon-z
lord Juggernaut-xyz
Pharaoh set-Er
Michael S. chou-chan (son of Heaven)
Tsunami Khan
(chief) Col. Michael S. owl Feather-Gorbey

vs.                    No. _____

(1) John Doe, ophthalmologist Doctor
(2) mid west Vision Center   (3) Director F. Bop.

Both Defendants Are Found At
425 south 2nd street. Clinton Iowa 52732
Phone (563) 242-0223 "For service" & F Bop is
Apparent.
42 USC §12101-12213 (ADA), 1983 or Bivens
Civil Action Complaint law suit For
Breach of Contract, malpractice & Discrimination

Statement of Facts

mid west Vision Center, Clinton Iowa is

under Contract with the F.Bop & U.S. D.O.J. To provide Quality & Effective Care For Prisoners At usp thompson illinois & possibly other federal Facilities, Which includes but is not Limited to Examinations, Treatment & or Recommondations For Treatment For prisoners in Federal Custody Regardless of Race, Ethnicy, Religion or political views or their willingness to File Redress.

<u>claim of suit</u>

(1) on About sept. 1. 2022, owl Feather - Gorbey was Carry to mid west vision Center, clinton Iowa For Examination & Treatment For His seriously Advanced glaucoma. So seriously Advanced (because of) F.Bop & Their Contract Doctors Failures to Properly or Timely Treat Gorbey's Conditions, Deteriorating His Eyes 90+% L-eye & 50+% R-eye, subJecting Gorbey to A SNUFF-OUT-syndrome & threatning total Blindness. While Prison staff Have Repeatedly impeded on Deny Gorbey What Treatments Are Prescribed. Also Damaging His Eyes & threatning total Blindness.
    Where. Gorbey Arrived At the mid west visio

Center & was put through a series of Electronic Eye Examinations by an ophthalmologist (Assistant) which Examinations <u>show</u> serious Damages & progressing Damages to Gorbey's Eyes From a lack of proper-Timely Treatment. yet.

The Unknown Named John Doe ophthalmologist (Refuse) to Examine or Treat Gorbey while Gorbey was being subject to the Electronic Eye scans by the Assistant The ophthalmologist Doctor step in & stated (He) would <u>not</u> be Examining or Treating Gorbey. That He was only Allowing the Electronic Eye scans to be Completed which were to be Forwarded to usp Thompson (medical Doctor) A Non-ophthalmologist specialist To Determine Appropriate Treatments & yet Gorbey Has <u>not</u> Recieved Any Further Examinations or treatment since & Essentually Not Providing Gorbey Any Real or Reasonable Treatment At All. Denying Gorbey Equal Protection to medical Care because the ophthalmologist is Bias & or Prejudice towards Gorbey because of Gorbey's willingness to File lawsuits & Complaints on malpractices & other misconducts of the

F. Bop 4 their Contractors. While threatning to Total Blind Gorbey 4 Causing serious Damage to Gorbey's Eyes being irrepairable Harm 4 clear Deliberate Indifference see.

Estelle vs. Gamble 429 U.S. 94. 107 (1976) Medical Treatment see Also.

Coleman vs. RahiJa 114 F. 3d. 778 (8th cir. 1997) Denial of Medical Treatment States A Claim.

Meloy vs. Bachmeier 302 F. 3d 845 (8th cir. 2002) Deliberate indifference When Prison Doctors Delay or Deny giving medically Necessary Treatment, Failing To Respond Appropriately or Does Not Respond At All to your serious Medical Needs. see Also.

West vs. ATKins 487 U.S. 42 (1988) Privet Doctor With Whom ConTracts To the Prison To Provide Treatment To Prisoners is ACTing under Color of law 4 Federal ConTract For the F. Bop While. Here. We must Also Consider the ophthalmologist Holds or must Hold An Iowa State Medical licence Which Prohibits malpracTice Discrimination. Deliberate Indifference 4 or breach of Any Medical ConTracts.

<u>Note.</u>
Due To these (Repeated) Denials of TreatmenT

For His glaucoma, Gorbey's glaucoma Has Damage His L-eye 90 + % & R-eye 50 + % & subjects Him To A SNUF-OUT-syndrome to where Now Any Physical Treatment Performed Improperly Could Destroy Remaining good Retinal Tissue & Blind Gorbey Even Faster While ophthalmologist Reports 10-2-2020 by Doctors Fassero & Pigus usp lewisburg PA. State that L-eye laser surgery Performed by Geisinger Eye Center Pennsylvania. 7-20-2020 Was A Treatment Failure & Damage Gorbey's L-eye While the Alternative Medications Eye Drops & Pills Are NOT Helping Gorbey's Condition & only Cause other Serious side Effects. Medical Damages To Gorbey's body & the only safe Treatment Now For Gorbey's Advanced Condition is Medical Marijuana. yet. the F.BOP Discriminating. Wont Allow it. so. Their Contract Doctors Refuse to prescribe it. Deliberately Denying Gorbey A Medically Necessary Treatment Continuously Damaging Gorbey's Eyes & Threatening total Blindness & stating A Claim see.
Pinder vs. McDowell 619 F. Appx 565. 566-67 (8th cir. 2015); Liner vs. Fischer 11-cv-6711. 2012 us. Dist. Lexis 95599. at *13 (S.D. N.Y 2012)

& See. Ibrattim vs. D.C. 463 F.3d 3, 7(D.C. Cir 2006)
Martin vs. Shelton 319 F.3d. 1048. 1050(8th Cir. 2003)
Pattern of misconducts Estelle vs. Gamble (1976)
(While) the F. Bop Provides subox one to others'.

## Relief sought?

(1). I seek $900,000.00 Nine Hundred thousand.
Dollars in Damages. (How much Are your Eyes worth?)

(2). I seek immediate - Effective ophthalmology
Examination & A Prescription For medical
Marijuana. & TRO or injunction to Enforce
such until Resolution of this Action


(chief) Col. michael S. owl feather - Gorbey
Monacan Nation - Native America.
D.C. D.O.C. 317611 fed. 33405-013
USP Thompson Po Box 1002
Thompson, illinois 61285


See.
Appropriate motions Enclosed & Declarations.
(1) To Proceed IFP §1915(g)
(2) For Appointment of Co-Counsel to satisfy §1915(g)
(3) For Discovery
(4) For TRO & or Preliminary injunction

owl Feather-Gerbey

vs.

John Doe ophtho. et. al.                          NO _____

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. §.1621.

Executed at __USP Thompson ill.__ on __9-18-22__ .
          (Location)         (Date)

(chief)Ccl.michaels.owl Feather-Gerbey
Your Signature

Case 4:22-cv-00318-SHL-SBJ   Document 1   Filed 09/22/22   Page 8 of 9

Michael S. Chifield
33905-013
United States Penitentory
USP Thompson
PO Box 1002
Thompson. Illinois
61285
(legal-special mail)
(open only in presence of)
(Gorbey or the Iowa Court)

INMATE IDENTIFICATION CONFIRMED

QUAD CITIES IL POF 612
TUE 20 SEP 2022  PM

Clerk of Court
U.S. District Court
131 East 4th Street
Suite 150
Davenport. Iowa 52801

legal - special mail.



FEDERAL BUREAU OF PRISONS
POST OFFICE BOX 1002
THOMSON, IL 61285

The enclosed letter was processed on _____ through special mailing procedures. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed materials to the above address.